# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CAMERON J. MAISANO,<br><br>Defendant. | 9:23-po-5015-M-KLD<br><br>Violation: F5474428<br><br>**ORDER** |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the above-referenced case is dismissed, and all future court dates are vacated.

Dated this 23rd day of June, 2023.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge

1